IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
IVORY JOE TISDALE,             )
                               )
            Petitioner,        )
                               )
     v.                        )        1:24CV408
                               )
VANGORDER,                     )
                               )
            Respondent.        )
```

## ORDER

On July 8, 2025, the United States Magistrate Judge's Order and Recommendation was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). Objections were filed within the time limits prescribed by section 636. (Doc. 23.) Petitioner also filed an amended objection. (Doc. 24.)

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objections were made and has made a de novo determination in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Respondent's Motion for Summary Judgement (Doc. 7) is GRANTED, that Petitioner's Motion for Summary Judgment (Doc. 10) is DENIED, that the Petition (Doc. 1) is DENIED, and that, there being neither a substantial issue for appeal concerning the denial of a constitutional right affecting the

convictions nor a debatable procedural ruling, a certificate of appealability shall not issue.

                                              /s/   Thomas D. Schroeder
                                         United States District Judge

September 15, 2025